AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-CR-4045-LTS-KEM |
| Amy Francisco | ) | |
| *Defendant* | ) | |

## ORDER TEMPORARY DETENTION AND SCHEDULING HEARING

A hearing in this case is scheduled as follows:

☐ Preliminary Hearing

☑ Detention Hearing

☐ Bond Revocation Hearing

| Place: | United States Courthouse<br>320 6th Street - First Floor Courtroom<br>Sioux City, Iowa 51101 | Before Judge | Kelly K.E. Mahoney |
|---|---|---|---|
| | | Date and Time: | 08/27/2019 at 1:45 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 08/22/2019

*Judge's signature*

Kelly K.E. Mahoney
Chief United States Magistrate Judge
*Printed name and title*